IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| JACOB TOLLETT,<br><br>  Plaintiff,<br><br>vs.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>  Defendant. | Case No. 2:22-cv-00117-HCN-CMR<br><br><br>REPORT AND RECOMMENDATION<br><br><br>Judge Howard C. Nielson, Jr.<br>Magistrate Judge Cecilia M. Romero |

This matter is referred to the undersigned in accordance with 28 U.S.C. § 636(b)(1)(B) (ECF 6). Defendant, the Acting Commissioner of Social Security (Commissioner), by and through counsel, has filed an unopposed Motion to Remand (Motion) (ECF 21), pursuant to 42 U.S.C. § 405(g), to enter a judgment with an order of reversal with remand of the case to the Commissioner for further administrative proceedings.

Pursuant to the power of this court to enter a judgment affirming, modifying, or reversing the Commissioner's decision with remand in Social Security actions under sentence four of 42 U.S.C. § 405(g), and in light of the Commissioner's request for remand of this action for further proceedings, the undersigned hereby RECOMMENDS that the Motion be GRANTED.

The undersigned further RECOMMENDS that the Commissioner's decision be REVERSED under sentence four of 42 U.S.C. § 405(g) and REMANDED for further administrative proceedings and that judgment be entered in accordance with Fed. R. Civ. P. 58, consistent with the U.S. Supreme Court's decision in *Shalala v. Schaefer*, 509 U.S. 292, 296-304 (1993).

## NOTICE

Copies of this Report and Recommendation are being sent to Plaintiff, who is hereby notified of her right to object. Plaintiff must file any objection to this Report and Recommendation within fourteen (14) days after being served with a copy. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b). A failure to object may constitute waiver of objections upon subsequent review.

DATED this 13 September 2022.

_____
Magistrate Judge Cecilia M. Romero
United States District Court for the District of Utah